GARDINER & DOUGHTIE *v.* SOUTHERN EXPRESS COMPANY.

FISH, C. J. This case, under its facts, is controlled by the decision this day rendered in the case of *Sprinkle Distilling Company* v. *Southern Express Company*, ante, 21 (80 S. E. 288).

*Judgment affirmed. All the Justices concur.*
NOVEMBER 13, 1913.